IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| IN RE CONSTELLATION ENERGY, INC. ERISA LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MASTER FILE NO.:<br>08-CV-2662 |

## MOTION TO DISMISS

Defendants Constellation Energy Group, Inc., Nine Mile Point Nuclear Station, LLC, Mayo A. Shattuck III, Marcia B. Behlert, Charles A. Berardesco, Thomas F. Brady, Thomas V. Brooks, John R. Collins, Kenneth W. DeFontes, Jr., Beth S. Perlman, Jonathan W. Thayer, Marc L. Ugol and Michael J. Wallace respectfully move, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss with prejudice all of the claims in Plaintiffs' Consolidated Amended Class Action Complaint for failure to state a claim upon which relief can be granted. The grounds for this motion are set forth fully in the accompanying memorandum in support.

Dated: October 2, 2009

| /s | /s |
|---|---|
| Mark Muedeking (Bar No. 22682) | James P. Gillespie, P.C. |
| Robert J. Mathias (Bar No. 00253) | Brant W. Bishop (Bar No. 24829) |
| James D. Mathias (Bar No. 06311) | Karen McCartan DeSantis |
| David Clarke, Jr. (Bar No. 02177) | Kirkland & Ellis LLP |
| Ian C. Taylor (Bar No. 26473) | 665 Fifteenth Street, N.W. |
| DLA Piper LLP (US) | Washington, D.C. 20005 |
| 6225 Smith Avenue | (202) 879-5000 (telephone) |
| Baltimore, Maryland 21209 | (202) 879-5200 (facsimile) |
| (410) 580-3000 (telephone) | jgillespie@kirkland.com |
| (202) 799-5240 (facsimile) | bbishop@kirkland.com |
| mark.muedeking@dlapiper.com | kdesantis@kirkland.com |
| robert.mathias@dlapiper.com | |

EAST\42569511.1

<table>
<tr><td>

james.mathias@dlapiper.com
david.clarke@dlapiper.com
ian.taylor@dlapiper.com

*Counsel for Defendants Mayo A. Shattuck III,
Marcia D. Behlert, Charles A. Berardesco,
Thomas F. Brady, Thomas V. Brooks, John R.
Collins, Kenneth W. DeFontes, Jr., Beth S. Perlman,
Jonathan W. Thayer, Marc. L. Ugol, and
Michael J. Wallace.*

</td><td>

*Counsel for Defendants
Constellation Energy Group, Inc.
and Nine Mile Point Nuclear Station,
LLC.*

</td></tr>
</table>