# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

July 1, 2010

MEMORANDUM TO COUNSEL RE:    Ronald Hays v. Constellation Energy Group, Inc.,
Civil No. CCB-08-2662 (ERISA)

Dear Counsel:

      I am currently reviewing the pending motion to dismiss. It appears that an incorrect page 46 may have been attached to Exhibit A-5 of the defendants' motion to dismiss. Please review this exhibit and notify the court if you wish to make any substitutions.

Sincerely yours,

/s/

Catherine C. Blake
United States District Judge