# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE CONSTELLATION ENERGY GROUP, INC. ERISA LITIGATION | : : : : : : : | Civil Action No. CCB-08-2662 |

...o0o...

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. Defendants' motion to dismiss (docket entry no. 74) is **GRANTED;**

2. This case is **DISMISSED**; and

3. The Clerk shall **CLOSE** this case.


August 13, 2010                                         /s/
Date                                                    Catherine C. Blake
                                                        United States District Judge

1